**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Temperance E. Debe, Plaintiff, v. Minneapolis Public School System, Special School District No. 1 Defendant. | Civil File No. 01-CV-1409 (JRT/RLE) **STIPULATED ORDER TO EXTEND TIME TO ANSWER OR RESPOND** |

IT IS STIPULATED AND AGREED by the parties that the time for Defendant to answer or otherwise respond to the complaint shall be extended. The answer or other responsive pleading shall be filed and served on or before Wednesday, September 26, 2001.

*Agreed to:*

Dated: August 27, 2001

MESSERLI & KRAMER

By ______________________
James V. Roth Atty. Reg. No. 93774
Cheryl A. Stanton Atty. Reg. No. 027950X
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 672-3600

Attorneys for Plaintiff

Dated: August 28, 2001

HALLELAND LEWIS NILAN SIPKINS & JOHNSON P.A.

By ______________________
Donald M. Lewis Reg. No. 62844
Sandra L. Conroy Reg. No. 267132
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838

Attorneys for Defendant

FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

*So ordered:*

Dated: August ___, 2001

Raymond L. Erickson
United States Magistrate Judge

DN: 125726