UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TEMPERANCE E. DEBE,

Plaintiff,

vs.

MINNEAPOLIS PUBLIC SCHOOL SYSTEM, SPECIAL SCHOOL DISTRICT NO. 1,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Civ. No. 01-1409 (JEL/RLE)

The parties having compromised and settled their dispute,

IT IS HEREBY AGREED AND STIPULATED by the parties that, pursuant to Fed.R.Civ.P. 41(a)(1), this action shall be and is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

Dated: Oct. 21, 2002.

James V. Roth (#93774)

MESSERLI & KRAMER P.A.
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 672-3783

ATTORNEYS FOR PLAINTIFF

DEC 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: Dec. 19, 2002.

Donald M. Lewis (#62844)
Sandra L. Conroy (#297132)

HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON, P.A.
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

ATTORNEYS FOR DEFENDANT

**ORDER**

IT IS SO ORDERED.

BY THE COURT:

Dated: Dec. 20, 2002.

Joan Ericksen Lancaster
Judge of U.S. District Court

511376_1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed <u>retroactively</u>, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.